IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| HUDSON SMALLS, by his guardians, ROSEMARY SMALLS and WILLIS McREYNOLDS, and ROSEMARY SMALLS, individually, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> *   CV 111-175 <br> * <br> * <br> * <br> * |

### ORDER

Presently pending before the Court is the parties' stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. no. 59.)  Accordingly, this case is hereby **DISMISSED WITH PREJUDICE**.  Each party shall bear its own costs.  The Clerk shall **TERMINATE** all deadlines and motions, and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 3rd day of April, 2013.

/s/ J. Randal Hall
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA